Lazlo V. Keviczky, Respondent, v. Isadore Lorber and Dry Dock Savings Institution, Appellants, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Mrs. Reginald Reichman, Appellant, v. Compagnie Generale Trans-atlantique, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of The City of New York, Relative to Acquiring Title to Certain Lands and Premises Situated in the Area Bounded by East 122nd Street, 1st Avenue, East 125th Street and Harlem River, in the Borough of Manhattan, City of New York, Duly Selected as a Site by the Tri-Borough Bridge Authority for an Additional Approach to the Tri-Borough Bridge and Approved by the Board of Estimate and Apportionment, According to Law. Alfred A. Lanza, as Administrator, etc., of Feliciana Lanza, Deceased. City of New York.— Motion for leave to appeal to the Court of Appeals denied. Motion for reargument granted; order entered December 19, 1941 [ante, p. 813], vacated and final decree so far as appealed from modified to the extent stated in order, and as so modified affirmed, without costs. Appeal from order entered December 4, 1936, dismissed, without costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.; O'Malley, J., taking no part.

## (March 27, 1942.)

Samuel Newfield, as Trustee in Bankruptcy of 671 Prospect Avenue Holding Corporation, Bankrupt, Appellant, v. East River Savings Bank, Respondent.

Per Curiam. It will require a full development of the facts upon the trial of this action to determine the sufficiency of the defense of the Statute of Limitations. However, it might not be amiss to point out that if the defendant relies upon an election of remedies on the part of the plaintiff, the answer must be amended accordingly. (*Roberge* v. *Winne*, 144 N. Y. 709.)

The order should be affirmed, with twenty dollars costs and disbursements.

Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., taking no part.

Order unanimously affirmed, with twenty dollars costs and disbursements.